# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**3456A N. 15th Street, Milwaukee, WI**; more specifically described as the upper unit of a two story duplex with green siding, white trim, and light gray roof that is situated on the east side of N. 15th Street. The numbers "3456A" are in black with a white background affixed to the west side of the residence on the southern corner. The entry door to 3456A N. 15th Street faces south and has a black ornamental security door with a brass colored door knob and lock and flood light directly above the door.

Case Number: _11- M-254_

TO: Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**3456A N. 15th Street, Milwaukee, WI**; more specifically described as the upper unit of a two story duplex with green siding, white trim, and light gray roof that is situated on the east side of N. 15th Street. The numbers "3456A" are in black with a white background affixed to the west side of the residence on the southern corner. The entry door to 3456A N. 15th Street faces south and has a black ornamental security door with a brass colored door knob and lock and flood light directly above the door.

The person or property to be searched, described above, is believed to conceal: See Attachment A.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _August 11_ , 2011
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>Patricia J. Gorence</u>

Date and time issued _August 2_ ,2011; _1:00_ p.m.

_Patricie J. Gorence_
*Judge's signature*

City and state: <u>Milwaukee, Wisconsin</u>

<u>THE HONORABLE PATRICIA J. GORENCE</u>
<u>United States Magistrate Judge</u>
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 11-M-254 | 08-03-2011      7:15 am | Tiffany JOHNSON |

Inventory made in the presence of
Tiffany JOHNSON

Inventory of person or property taken and name of any person(s) seized:

```
Cocaine
Three computers
US Currency (approximately $3,995)
cell phones
documents
scale
keys
```

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _8·22-11_

_(Executing officer's signature)_

Special Agent Jill Ceren, DEA

_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_Patricia J. Gorence_     _8/22/11_

_(U.S. Judge or Magistrate Judge)_     _(Date)_

Case 2:11-mj-00254-PJG     Filed 08/22/11     Page 2 of 4     Document 2

# ATTACHMENT A - Items to Be Seized

1.    Paraphernalia associated with the manufacture and distribution of controlled substances, including but not limited to scales and other measuring devices, packaging materials, containers to hold controlled substances, and documents related to the manufacture, harvesting, distribution, sale, or possession of controlled substances.

2.    Duffel bags, suitcases, plastic containers, shipping boxes, or other containers used to hold, ship, or transport controlled substances.

3.    Proceeds of drug trafficking activities, such as United States currency, precious metals, financial instruments, and jewelry, and documents and deeds reflecting the purchase or lease of real estate, vehicles, precious metals, jewelry or other items obtained with the proceeds from drug trafficking activities.

4.    Bank account records, loan documents, wire transfer records, money order receipts, postal express mail envelopes, UPS, FedEx, and other mail service receipts and records, bank statements, safes, safe deposit box keys and records, storage location keys and records, money containers, financial records and notes showing payment, receipt, concealment, transfer, or movement of money generated from the sale of drug trafficking activities, or financial transactions related to drug trafficking activities.

5.    Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed lists of customers and related identifying information; types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions.

6.    Personal telephone books, address books, telephone bills, photographs, letters, cables, telegrams, facsimiles, personal notes, e-mails, documents and other items or lists reflecting names, addresses, telephone numbers, addresses, and any communications regarding among and between members and associates involved in drug trafficking activities.

7.    Records of off-site storage locations, including but not limited to safe deposit box keys and records, and records and receipts and rental agreements for storage facilities.

8.    Cellular telephones, SmartPhones, pagers, text messaging systems, and other communication devices, including devices capable of sending, receiving, or storing e-mails, and any and all records associated with such communications services.

9.    Records, items and documents reflecting travel for the purpose of participating in drug trafficking activities, such as passports, airline tickets, bus tickets, vehicle rental receipts, credit card receipts, taxi cab receipts, hotel and restaurant receipts, canceled checks, maps, and records of long distance calls reflecting travel.

11. Indicia of occupancy, residency, or ownership of the premises and things described in the warrant, including utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents, and keys.

12. Photographs, videotapes or other depictions of assets, coconspirators, controlled substances, or other activities related to drug trafficking activities.

13. Any computers or electronic media that were or may have been used as a means to commit the offenses described on the warrant. For any computer hard drive or other electronic media (hereinafter, "MEDIA") that is called for by this warrant, or that might contain things otherwise called for by this warrant:

      a. evidence of user attribution showing who used or owned the MEDIA at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved usernames and passwords, documents, and browsing history;

      b. passwords, encryption keys, and other access devices that may be necessary to access the MEDIA; and

      c. documentation and manuals that may be necessary to access the MEDIA or to conduct a forensic examination of the MEDIA.

14. Records and things evidencing the use of the Internet to communicate, including routers, modems, and network equipment used to connect computers to the Internet; records of Internet Protocol addresses used; records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user typed web addresses.

15. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).